**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | :    **CR. NO.  21-CR-119 (CJN)** |
| **v.** | : |
| | : |
| **GARRET MILLER,** | : |
| | : |
| **Defendant.** | : |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO DEFENDANT'S MOTION**
**TO REVOKE MAGISTRATE JUDGE'S DETENTION ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests an extension of time to respond to Defendant Garret Miller's ("the defendant's") Motion to Revoke Magistrate Judge's Detention Order, filed on March 19, 2021 (ECF No. 14). On March 23, 2021, the Court ordered the government to respond to the defendant's motion by March 26, 2021. The government respectfully requests that this Court grant it an extension to file its response until March 29, 2021. In support of its request, the government states:

Undersigned counsel was on pre-approved leave on March 23 and 24, 2021. The hearing on the motion is not scheduled until April 1, 2021, such that there is sufficient time for a brief extension for the government to submit its response to the motion in advance of the hearing. Finally, defense counsel does not oppose this request.

WHEREFORE, for the foregoing reasons, which constitute good cause, and any other reasons that this Court deems just and proper, the government requests that its deadline to respond to the Defendant's Motion to Revoke Magistrate Judge's Detention Order be extended until March 29, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
United States Attorney
D.C. Bar No. 415793

By: *Elizabeth C. Kelley*
Elizabeth C. Kelley
Assistant United States Attorney
D.C. Bar No. 1005031
555 4th Street, NW
Washington, DC 20530
P: (202) 252-7238
Elizabeth.Kelley@usdoj.gov

**CERTIFICATE OF SERVICE**

      I, Elizabeth C. Kelley, certify that on March 25, 2021, I caused a copy of the above document to be served by electronic means on counsel for the defendant, Clint Broden, Esq. and Camille Wagner, Esq.

                                                   _____
                                                   Elizabeth C. Kelley
                                                   Assistant United States Attorney