# ATTACHMENT A

**Subject:** Re: Garret Miller
**Date:** Thursday, March 11, 2021 at 10:53:39 AM Central Standard Time
**From:** Nataly Martinez
**To:** Clint Broden

Counselor ▮▮▮▮▮ spoke to Garret this morning. They do not have an orthopedist on site. The contracted orthopedist (Kevin Mason) comes every 4 weeks and he will be there on March 29th. Garret will be seen by their health admin today but the only thing they will do is give him the same info he has already been given and give him pain meds. Counselor ▮▮▮▮▮ also stated that he told Garret that they went as far back as 2016 and nowhere in his file does it say he has a broken shoulder. So in the event that he does not see the orthopedist before he gets transferred, he will need to inform medical at his designated facility that he has a broken shoulder so they can do x-rays, otherwise, he will stay at the bottom of the priority tier.