# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

GARRET MILLER,

    *Defendant*.

Criminal Action No. 1:21-cr-00119 (CJN)

## ORDER

    This matter is before the Court on United States' Motion to Continue and to Exclude Time Under the Speedy Trial Act. ECF No. 17. The United States seeks to Continue this matter for sixty days, and Defendant Miller opposes. The Court is not yet prepared to grant the United States sixty days, but it will Continue this matter for thirty days until the next Status Conference.

    The Court finds that the investigation into the events that gave rise to the charges against Mr. Miller is so unusual and complex that it is unreasonable to expect adequate preparation for pretrial proceedings within the time limits set by the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(B)(ii). Specifically, this case involves unusually voluminous discovery that the government must review and produce to Mr. Miller before both sides may adequately prepare for further proceedings.

    The Court thus finds that the interests of justice are served by continuing proceedings in this case and tolling the time under the Speedy Trial Act for a period of approximately thirty-two days from April 1, 2021, through and including May 3, 2021, to allow adequate time to produce and review discovery materials. For the reasons stated in this Order, the Court finds that the interests of justice served by such action outweigh the best interests of the public in a speedy trial. *See id.* § 3161(h)(7)(A). Accordingly, it is

2

**ORDERED** that the United States' Motion, ECF No. 17, is GRANTED in part and DENIED in part; it is

**FURTHER ORDERED** that this action is continued from April 1, 2021 through May 3, 2021; it is

**FURTHER ORDERED** that in the interests of justice, the time from April 1, 2021 through May 3, 2021 is excluded from the Speedy Trial Act computation; it is

**FURTHER ORDERED** that the Parties shall appear before the Court for a Status Conference on May 3, 2021 at 2 p.m.

DATE: April 1, 2021

CARL J. NICHOLS
United States District Judge