

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530*

August 9, 2021

Clinton Broden
Broden & Mickelsen
clint@texascrimlaw.com
VIA Email

      Re:    *United States v. Garret Miller*
               Case No. 21-CR-119 (CJN)

Dear Counsel:

On August 9, 2021, we provided you with additional discovery materials in this case through USAFx. Specifically, we provided the following materials:

- (U__FOUO)_Interstate_Nexus_for_American_Tactical_Imports
- American_Tactical_pistol eTrace_result
- Court Cert SBR NS042288
- FY21 II - 812

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

                              Sincerely,

                              Elizabeth C. Kelley
                              Assistant United States Attorney

cc: AUSA Amanda Jawad