# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-119 (CJN) |
| v. : | |
| : | |
| GARRET MILLER, : | |
| : | |
| Defendant. : | |

## CONSENT MOTION TO CONTINUE ORAL ARGUMENT

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, jointly with the Defendant Garret Miller, by and through his counsel, Clint Broden, Esq., respectfully requests that the Court continue the motions hearing on defendant's pretrial motions (ECF Nos. 32, 33, 34) that is currently scheduled on August 24, 2021 at 2:00 p.m. The parties further request that the Court vacate the status hearing that is scheduled for August 30, 2021. In support, the parties state the following:

1. On August 10, 2021, the Court scheduled an oral argument on defendant's pretrial motions (ECF Nos. 32, 33, 34) for August 24, 2021 at 2:00 p.m.

2. Counsel for the government is unavailable on August 24 due to pre-approved leave. The Defendant does not oppose continuing the oral argument.

3. The parties also request that the Court vacate the status hearing scheduled on August 30, 2021, because any outstanding issues can be resolved at the motions hearing.

4. The parties have conferred and would request the following time for the oral argument: September 16 at 11:00 a.m.[1]

5. The parties would further request that the record reflect that the defendant's substantive pre-trial motions have tolled the Speedy Trial Act as a matter of law until the motions hearing. *See* 18 U.S.C. § 3161(h)(1)(D).

WHEREFORE, the parties respectfully request that this Honorable Court (1) continue the motions hearing in this matter from August 24, 2021, to September 16, 2021, at 11:00 a.m.; (2) vacate the August 30, 2021 status hearing; and (3) exclude from the calculation of the Speedy Trial Act the time from June 24, 2021, when the Defendant's pre-trial motion was filed, to the motions hearing, pursuant to 18 U.S.C. § 3161(h)(1)(D).

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

*Elizabeth Kelley*
ELIZABETH C. KELLEY
D.C. Bar No. 1005031
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001
(202) 252-7238
Elizabeth.Kelley@usdoj.gov

---

[1] Chambers had also indicated by email the following additional times would be available for the oral argument:

Tuesday, September 14: 10:00 a.m., 10:30 a.m., or 11:00 a.m.
Thursday, September 16: 10:00 a.m., 10:30 a.m., 2:00 p.m., or 2:30 p.m.
Thursday, September 23: 10:00 a.m., 10:30 a.m., 11:00 a.m., 2:00 p.m., or 2:30 p.m.

The parties are also available during these times.