AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-cr-119 (CJN) |
| Garret Miller | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 08/20/2021

/s/ David M. Lieberman
*Attorney's signature*

David M. Lieberman (DC: 990413)
*Printed name and bar number*

Criminal Division, App. Section
950 Pennsylvania Ave NW
Washington, DC 20530
*Address*

david.lieberman@usdoj.gov
*E-mail address*

(202) 262-6805
*Telephone number*

(202) 305-2121
*FAX number*