AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cr-119 (CJN) |
| Garrett MIller | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                                    .

Date:   09/03/2021                                                        /s/ James I. Pearce
                                                                                        *Attorney's signature*

                                                                          James I. Pearce / DC Bar 44691
                                                                              *Printed name and bar number*
                                                                          Criminal Division, Appellate Section
                                                                          950 Pennsylvania Ave NW
                                                                          Washington, DC 20530

                                                                                        *Address*

                                                                          james.pearce@usdoj.gov
                                                                                    *E-mail address*

                                                                                  (202) 532-4991
                                                                                  *Telephone number*

                                                                                  (202) 305-2121
                                                                                      *FAX number*