UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION NO. |
| | ) | |
| Plaintiff, | ) | 1:21-CR-00119-CJN |
| | ) | |
| v. | ) | |
| | ) | |
| GARRET MILLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING

Defendant Garret Miller hereby moves this Court to continue the evidentiary hearing currently set in this matter for September 16, 2021, until on or after October 12, 2021. In support of this motion, Mr. Miller sets forth the following facts and argument.

1. An evidentiary hearing has been set in this matter for September 16, 2021.

2. The government has extended Mr. Miller a plea bargain offer that is conditioned on him dismissing his pending motions and waiving the evidentiary hearing.

3. As a result of Undersigned Counsel's recent travel schedule and Mr. Miller's incarceration, it has been difficult to arrange a telephone call with Mr. Miller to discuss the government's offer and impossible to arrange to visit Mr. Miller in

person.

4. Undersigned Counsel is planning to visit Mr. Miller on October 11, 2021, but is unable to do so before that time.

5. While it is doubtful that Mr. Miller will accept the government's offer, Undersigned Counsel is obligated to discuss the offer with Mr. Miller and is not able to fully do so until October 11, 2021.

6. This motion is unopposed.

WHEREFORE, Defendant Garret Miller respectfully requests this Court to continue the evidentiary hearing currently set in this matter for September 16, 2021, until on or after October 12, 2021.[1]

Respectfully submitted,

/s/ F. Clinton Broden
F. Clinton Broden
TX Bar No. 24001495
Broden & Mickelsen
2600 State Street
Dallas, Texas 75204
214-720-9552
214-720-9594 (facsimile)
clint@texascrimlaw.com

Attorney for Defendant
Garret Miller

---

[1] The government and defense have reviewed their schedules and would be available on the following dates in October after October 8, 2021: October 11, 12, 14 (morning), 18, 19, 22 (morning).

## **CERTIFICATE OF SERVICE**

I, F. Clinton Broden, certify that, on September 9, 2021 I caused a copy of the above document to be served by electronic means on:

Elizabeth C. Kelley
United States Attorney's Office
555 4th Street, N.W.
Washington, DC 20350

/s/ F. Clinton Broden
F. Clinton Broden

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CRIMINAL ACTION NO.** |
| ) | |
| **Plaintiff,** ) | **1:21-CR-00119-CJN** |
| ) | |
| v. ) | |
| ) | |
| **GARRET MILLER,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of Defendant's Unopposed Motion to Continue Evidentiary Hearing, said motion is this \_\_\_\_\_ day of September, GRANTED.

ORDERED the evidentiary hearing in this matter is reset to _____, 2021 at _____.

_____
CARL J. NICHOLS
United States District Judge