

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

September 10, 2021

Clinton Broden
Broden & Mickelsen
clint@texascrimlaw.com
VIA Email

    Re:    *United States v. Garret Miller*
                Case No. 21-CR-119 (CJN)

Dear Counsel:

On September 10, 2021, we provided you with additional discovery materials in this case through USAFx.

**Summary of Materials Provided.** The materials provided include:

| FILE NAME | SENSITIVITY DESIGNATION |
| --- | --- |
| 266T-DL-3370052_0000142 | Sensitive |
| 266T-DL-3370052_0000142_1A0000120_0000001 | Sensitive |
| 266T-DL-3370052_0000142_1A0000120_0000002 | Sensitive |
| 266T-DL-3370052_0000144_1A0012417_0000001 | Sensitive |
| 266T-DL-3370052_0000150 | Sensitive |
| 266T-DL-3370052_0000141 | |
| 266T-DL-3370052_0000141_1A0000009_0000001 | |
| 266T-DL-3370052_0000141_1A0000009_0000002 | |
| 266T-DL-3370052_0000144 | |
| 266T-DL-3370052_0000148 | |
| 266T-DL-3370052_0000148_Import | |
| 266T-DL-3370052_0000149 | |
| 266T-DL-3370052_0000149_Import | |
| 266T-DL-3370052_0000153 | |

| | |
|---|---|
| 266T-DL-3370052_0000153_1A0000011_0000004 | |
| (U)_Interview_of_United_States_Capitol_Police_Officer_R.S. | Sensitive |
| C3869E22-8F75-4741-958D-E93CE6D12D60[1] | Sensitive |
| **YouTube Videos** | |
| US Capitol Police LT Wearing MAGA Hat!! Riot Police Helped… | |
| Townhall's Frontline Footage of Capitol Building Riots | |
| Protestors Storm Capitol Building in Washington DC | |
| **Parler Videos** | |
| ai8AzhEoyrGX_cvt | |
| oeRC32EUG3ry_cvt | |
| S29LhLxq15M9_cvt (1) | |
| uAKQeDMoSL0c_cvt | |
| IgCQjNBok5f2_cvt | |
| OIuhPB7lv5Y0_cvt | |
| SINnkDbJKVVy_cvt (1) | |
| f2IdRLIGSOZ1_cvt | |
| Dg4C2BcNChXn_cvt (1) | |
| tXIzFNM5yp9f_cvt | |
| xJRsbhKa6rRE_cvt | |
| Mjfb9tKOqL1X_cvt | |
| 1D9P1tqTfVeV_cvt | |
| ghz9PU9736sQ_cvt (1) | |
| **535LGMMm0KtE_cvt[2]** | |
| nriGbWJZcZiB_cvt (1) | |
| wd3geYW1nvRL_cvt | |
| A6nbSYGTQ2hW_cvt | |
| bQUPUTaD9vFW_cvt (1) | |
| bzNUYUvf92RP_cvt (1) | |
| 9T1Wgyjt0vKj_cvt | |
| bTZISxkK39sH_cvt (1) | |
| t0sTYrrCqrRE_cvt (1) | |
| pLfYimJ25ZbI_cvt | |
| YcQOeXTOuGhu_cvt | |
| QjXUzXF0c1lw_cvt | |
| 8rCpNjS3g3Ok_cvt (1) | |
| a8lp9oooOT3m_cvt | |
| ucphoWjc05a0_cvt (1) | |
| neDUluCOUqv7_cvt | |
| CN67oIug5zAh_cvt (1) | |
| tk5IR0D4aQuw_cvt | |

---

[1] This is a video from defendant Chance Uptmore.
[2] We believe that your client is captured in this video.

| 8wCMdWEW39Ff_cvt (1) | |

We also provided 72 videos along with 115 images from your client's phone.

**Manner of Production.** Please be sure to download the entire folder, including all subfolders and files contained within the subfolders exactly as it was provided **immediately** upon receipt to your own storage media. These materials will be **automatically deleted in 60 days**.

The discovery is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

**Voluminous Materials.** Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may result from our ongoing investigations. These materials may include, but are not limited to, surveillance video, body worn camera footage, statements of other defendants, forensic searches of electronic devices and social media accounts of other defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials, when appropriate. **In the meantime, please let me know of any specific information that you believe is particularly relevant to your client.**

**Protective Order.** This material is subject to the terms of the Protective Order issued in this case. The index above provides a designation for each document as Sensitive, Highly Sensitive, or neither.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

*Elizabeth Kelley*

Elizabeth C. Kelley
Assistant United States Attorney

cc: AUSA Amanda Jawad