## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-CR-119 (CJN) |
| v.  : | |
| : | |
| GARRET MILLER : | |
| : | |
| Defendants. : | |

### NOTICE OF FILING

For the purpose of illustrating the government's consistent and diligent efforts to produce voluminous discovery materials arising out of the breach of the United States Capitol on January 6, 2021 (the "Capitol Breach"), the government has filed status memoranda describing the efforts of the Capitol Breach Discovery Team on a regular basis since July 2021. We request that those memoranda, attached hereto and listed below, be made part of the record in this case:

1. Memorandum Regarding Status of Discovery as of July 12, 2021 (and Exhibit A);
2. Memorandum Regarding Status of Discovery as of August 23, 2021; and
3. Memorandum Regarding Status of Discovery as of September 14, 2021.

Respectfully submitted,
CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:    /s/ *Emily A. Miller*                            By:    /s/ *Elizabeth C. Kelley*
EMILY A. MILLER                                         Elizabeth C. Kelley
Capitol Breach Discovery Coordinator           Assistant United States Attorney
DC Bar No. 462077                                     DC Bar No. 1005031
555 Fourth Street, N.W., Room 5826            555 Fourth Street, N.W., Room 10-842
Washington, DC 20530                              Washington, DC 20530
Emily.Miller2@usdoj.gov                           Elizabeth.Kelley@usdoj.gov
(202) 252-6988                                                    (202) 252-7238