## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CRIMINAL ACTION NO.** |
| ) | |
| **Plaintiff,** ) | **1:21-CR-00119-CJN** |
| ) | |
| v. ) | |
| ) | |
| **GARRET MILLER,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## **ORDER**

Defendant's Motion to Seal his Motion to Reopen Detention Hearing this

_____day of November, 2021 is _____

_____
CARL J. NICHOLS
United States District Judge