UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 21-CR-119 (CJN) |
| | : | |
| GARRET MILLER, | : | |
|           Defendant. | : | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE A NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANT'S SELECTIVE-PROSECUTION CLAIM**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court for leave, pursuant to Local Criminal Rule 47, to file a notice of supplemental authorities (attached as Exhibit A) regarding Defendant Garret Miller's motion (Doc. 32) for discovery and an evidentiary hearing on his claim that the government selectively targeted him for prosecution. The notice summarizes recent sentencing rulings by judges in this district that may bear on the Court's consideration of Miller's motion. To ensure a full presentation of the legal issues raised in Miller's motion, the United States respectfully seeks leave to file the attached notice.

WHEREFORE, for these reasons, the United States requests leave to file to file a notice of supplemental authorities, attached as Exhibit A, on the docket.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052


By:  */s/ Amanda Jawad*
        AMANDA JAWAD
        Assistant United States Attorney
        District of Columbia Detailee
        N.Y. Bar Number 5141155
        211 W. Fort Street
        Detroit, MI 48226
        (313) 226-9116
        Amanda.Jawad@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 21-CR-119 (CJN) |
| : | |
| GARRET MILLER, : | |
| Defendant. : | |

## [PROPOSED] ORDER

Upon consideration of the government's Motion for Leave to File, it is this ____ day of November 2021, ORDERED: For good cause show, the government's Motion for Leave to File is granted and its notice of supplemental authorities, attached as Exhibit A to the government's motion, shall be docketed by the Clerk of Court.

_____
CARL J. NICHOLS
United States District Judge

## CERTIFICATION OF SERVICE

I hereby certify that on November 15, 2021, I caused a copy of the foregoing motion to be served on counsel of record via electronic filing.

                                            */s/ Amanda Jawad*
                                            AMANDA JAWAD
                                            Assistant United States Attorney