UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 21-CR-119 (CJN) |
| | : | |
| GARRET MILLER, | : | |
| Defendant. | : | |

## GOVERNMENT'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANT'S MOTION FOR SELECTIVE-PROSECUTION DISCOVERY

Defendant Garrett Miller's motion (Doc. 32) seeks discovery and an evidentiary hearing on his claim that the government selectively targeted him for prosecution due to his political beliefs. The government submits the following supplemental authorities in support of its previously filed opposition (Doc. 39).

Judges of this Court have sentenced multiple defendants for their criminal conduct at the U.S. Capitol on January 6, 2021. In fashioning an appropriate sentence under 18 U.S.C. § 3553(a), two judges have recently rejected comparisons between the January 6 conduct and criminal offenses occurring in Summer 2020 adjacent to demonstrations condemning the police killing of George Floyd.

1. In *United States v. Matthew Carl Mazzocco*, No. 21-54 (D.D.C. Oct. 4, 2021) (transcript filed at Doc. 32), Judge Chutkan "flatly disagree[d]" with "people who have compared the riots of January 6 with other protests that took place throughout the country over the past year and who have suggested that the Capitol rioters are somehow being treated unfairly." *Id*. at 25. Judge Chutkan stated that the January 6 conduct "was nothing less than the attempt of a violent mob to prevent the orderly and peaceful certification of an election as part of the transition of power from one administration to the next." *Id.* at 24. She observed that the

mob "broke down doors and barriers," "fought law enforcement," "call[ed] out and search[ed] for the Speaker of the House and the Vice President," and "soiled and defaced the halls of the Capitol." *Id.* at 24-25. Judge Chutkan observed that this "was no mere protest," but "part of [a] mob" that "had the safety of numbers." *Id.* at 25. Judge Chutkan concluded: "to compare the actions of people protesting, mostly peacefully, for civil rights, to those of a violent mob seeking to overthrow the lawfully elected government is a false equivalency and ignores a very real danger that the January 6 riot posed to the foundation of our democracy." *Id*. at 25-26.

    2.    In *United States v. Glenn Wes Lee Croy*, No. 21-cr-162 (D.D.C. Nov. 5, 2021), Chief Judge Howell similarly rejected—as "not comparable"—efforts to liken the January 6 criminal conduct to the racial-justice protests in Summer 2020.[1] She observed that "[t]he goal of a lot of protests in 2020 was to hold police accountable and politicians accountable for police brutality—and murder, in George Floyd's case—and to improve our political system." "What happened on Jan 6 is in a totally different category from that protest," Chief Judge Howell explained, because "[i]t was to stop the government from functioning" and "to stop the democratic process."

    3.    These sentencing rulings support the government's contention that Miller's criminal conduct at the U.S. Capitol on January 6, 2021 is not comparable to his cited Oregon defendants charged with civil-disorder offenses in Summer 2020. *See* Doc. 39, at 6-9. The offense conduct and motives of the January 6 defendants—as cataloged in Chief Judge Howell's

---

[1] The government has ordered, but has not yet received an expedited transcript of this hearing. These quotations are taken from a public news report of Croy's sentencing and match the government's recollections of Chief Judge Howell's ruling at the hearing. *See* Josh Gerstein & Kyle Cheney, "Judge rejects comparison between Jan. 6 riot and George Floyd unrest," Politico (Nov. 5, 2021), available at https://www.politico.com/news/2021/11/05/judge-rejects-comparison-between-jan-6-riot-and-george-floyd-unrest-519723 (last visited Nov. 13, 2021).

and Judge Chutkan's rulings—reflect "distinguishable legitimate prosecutorial factors that might justify making different prosecutorial decisions" in cases like Miller's. *Branch Ministries v. Rossotti*, 211 F.3d 137, 145 (D.C. Cir. 2000) (citation omitted).

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By: */s/ Amanda Jawad*
    AMANDA JAWAD
    Assistant United States Attorney
    District of Columbia Detailee
    N.Y. Bar Number 5141155
    211 W. Fort Street
    Detroit, MI 48226
    (313) 226-9116
    Amanda.Jawad@usdoj.gov

## CERTIFICATION OF SERVICE

I hereby certify that on November 15, 2021, I caused a copy of the foregoing opposition motion to be served on counsel of record via electronic filing.

                                                      */s/ Amanda Jawad*
                                                      AMANDA JAWAD
                                                      Assistant United States Attorney