**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **No. 21-CR-119 (CJN)** |
| | : | |
| **GARRET MILLER,** | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE A RESPOSE TO DEFENDANT'S
SECOND SUPPLEMENT TO HIS MOTION TO DISMISS COUNT THREE OF
THE SUPERSEDING INDICTMENT**

Defendant Garret Miller has moved to dismiss Count Three of the Superseding Indictment,

charging him with a violation of 18 U.S.C. § 1512(C)(2). Doc. No. 34. On November 15, 2021,

Miller filed a second supplement to his motion. In it, he raises "two additional questions regarding

that statute that were raised in oral argument before Judge Moss in *United States v. Montgomery,

et al*. (No 1:21-CR-046)." In *United States v. Montgomery*, the government addressed the questions

Miller raises in a response brief to the *Montgomery* defendants' joint supplemental brief. *United

States v. Montgomery*, 1:21-CR-046, Doc. No. 63. The government therefore respectfully moves

this Court for leave, pursuant to Local Criminal Rule 47, to file the *Montgomery* response brief in

this case, for the purpose of aiding the Court in addressing the questions raised in Miller's second

supplement.  The government does not otherwise intend to respond to Miller's second supplement

unless the Court so directs.

WHEREFORE, for these reasons, the United States requests leave to file the *Montgomery*

response brief, attached as Exhibit A, on the docket.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


By:  */s/ Amanda Jawad*
　　　AMANDA JAWAD
　　　Assistant United States Attorney
　　　District of Columbia Detailee
　　　N.Y. Bar Number 5141155
　　　211 W. Fort Street
　　　Detroit, MI 48226
　　　(313) 226-9116
　　　Amanda.Jawad@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **No. 21-CR-119 (CJN)** |
| | : | |
| **GARRET MILLER,** | : | |
| **Defendant.** | : | |

## [PROPOSED] ORDER

Upon consideration of the government's Motion for Leave to File, it is this _____ day of

November 2021, ORDERED: For good cause show, the government's Motion for Leave to File is

granted and the *Montgomery* response brief, attached as Exhibit A to the government's motion,

shall be docketed by the Clerk of Court.


_____

CARL J. NICHOLS
United States District Judge

## CERTIFICATION OF SERVICE

I hereby certify that on November 17, 2021, I caused a copy of the foregoing motion to be served on counsel of record via electronic filing.

_/s/ Amanda Jawad_
AMANDA JAWAD
Assistant United States Attorney