UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No.: 21-CR-119 |
| GARRET MILLER | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE OF WITHDRAWAL**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Elizabeth Kelley as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully Submitted,

Matthew M. Graves
United States Attorney
D.C. Bar 481052

By: *Elizabeth Kelley*
ELIZABETH C. KELLEY
Assistant United States Attorney
D.C. Bar No. 1005031
United States Attorney's Office
555 4th Street, N.W.
Washington, DC 20530
202-252-7238
Elizabeth.Kelley@usdoj.gov