**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **No. 21-CR-119 (CJN)** |
| | : | |
| **GARRET MILLER,** | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Attorney David M. Lieberman, is terminating his appearance as counsel of record in this matter.  All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ David M. Lieberman
DAVID M. LIEBERMAN
D.C. Bar No. 990413
Attorney, Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 262-6805
david.lieberman@usdoj.gov