# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION NO. |
| | ) | |
| Plaintiff, | ) | 1:21-CR-00119-CJN |
| | ) | |
| v. | ) | |
| | ) | |
| GARRET MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO EXTEND TIME TO FILE RESPONSE TO GOVERNMENT'S MOTION FOR RECONSIDERATION OF THE COURT'S RULING DISMISSING COUNT THREE OF THE INDICTMENT

Defendant Garret Miller hereby moves this Court to extend the time to file a response to the Government's Motion for Reconsideration of the Court's Ruling Dismissing Count Three of the Indictment. In support of this motion, Mr. Miller sets forth the following facts and argument.

1. The government filed its Motion for Reconsideration of the Court's Ruling Dismissing Count Three of the Indictment on April 1, 2022.

2. Undersigned counsel began a trial on March 29, 2022 that is expected to last until at least April 21, 2022. *United States v. Puana*, 1:19-cr-000115-JMS-WRP-1

WHEREFORE, Defendant Garret Miller respectfully requests this Court to extend the time to file a response to the Government's Motion for Reconsideration of the Court's Ruling Dismissing Count Three of the Indictment.

Respectfully submitted,

/s/ F. Clinton Broden
F. Clinton Broden
TX Bar No. 24001495
Broden & Mickelsen
2600 State Street
Dallas, Texas 75204
214-720-9552
214-720-9594 (facsimile)
clint@texascrimlaw.com

Attorney for Defendant
Garret Miller

## **CERTIFICATE OF CONFERENCE**

I, F. Clinton Broden, certify that I attempted to conference on the above motion with the United States by email on April 7, 2022, but did not receive a response at the time of the filing of this motion.

## **CERTIFICATE OF SERVICE**

I, F. Clinton Broden, certify that, on April 11, 2022 I caused a copy of the above document to be served by electronic means on:

Elizabeth C. Kelley
United States Attorney's Office
555 4th Street, N.W.
Washington, DC 20350

/s/ F. Clinton Broden
F. Clinton Broden

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CRIMINAL ACTION NO.** |
| ) | |
| **Plaintiff,** ) | **1:21-CR-00119-CJN** |
| ) | |
| v. ) | |
| ) | |
| **GARRET MILLER,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

# ORDER

Upon consideration of Defendant's Motion to Extend Time to File Response to Government's Motion for Reconsideration of the Court's Ruling Dismissing Count Three of the Indictment, said motion is this _____ day of April, GRANTED.

ORDERED the defendant's response is due on _____ 2022.

_____
CARL J. NICHOLS
United States District Judge