**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 21-CR-119 (CJN) |
| | : | |
| **GARRET MILLER,** | : | |
| **Defendant.** | : | |

## SCHEDULING ORDER

Trial is set to commence in this matter on October 11, 2022 at 9:00 a.m. in Courtroom 19. Jury selection will begin that day at 9:00 a.m., and will be conducted in accordance with Appendix 8 of the Continuity of Operations Plan for COVID-19, assuming Appendix 8 remains in force. The following deadlines shall govern pretrial proceedings:

1. The parties shall file their pretrial motions (including motion *in limine*), if any, on or before August 12, 2022; oppositions shall be filed on or before August 26, 2022, and replies shall be filed on or before September 2, 2022.

2. The United States shall notify the defendant of its intention to introduce any Rule 404(b) evidence not already disclosed on or before September 15, 2022.

3. The United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief on or before September 15, 2022. Any *Brady* material not already disclosed must also be disclosed by this date.

4. On or before September 15, 2022, counsel shall file a Joint Pretrial Statement that contains the following:

    a. <u>A neutral statement of the case</u>. The Parties shall include a neutral statement of the case for the court to read to prospective jurors.

    b. <u>Proposed *voir dire* questions</u>. The Parties shall indicate the *voir dire* questions

on which they agree; and the *voir dire* questions on which they disagree with specific objections and relevant legal authority noted below each disputed question.

c. <u>Proposed jury instructions</u>. The Parties shall submit a list of all standard jury instructions from the "Red Book" (Criminal Jury Instructions for D.C. (Barbara A. Bergman ed., May 2026 ed.)) that they wish to include in the final instructions. The Parties need not submit the full text of any standard jury instruction but should provide the full text of (1) any modified standard jury instruction, with the proposed modification(s) redlined, and (2) any non-standard jury instruction they wish to have the Court include. As to each non-standard jury instruction, the sponsoring party should cite legal authority for the proposed instruction, and the non-sponsoring party should state any objection to the instruction, including any proposed modifications.

d. <u>List of witnesses</u>. The Parties shall identify the witnesses that each side anticipates it may call in its case-in-chief. Only upon leave of Court and a showing of good cause will a party be permitted to withhold a witness's identity.

e. <u>Exhibit lists</u>. The Parties shall include an exhibit list that each side anticipates it may introduce in its case-in-chief. The Parties need not list any exhibit that might be used for purposes of impeachment. The Parties should confer with the Courtroom Deputy Courtney Lesley about the format of the exhibit list. The Parties should not provide a copy of the exhibits to the Court but must exchange pre-marked exhibits. The Parties must be prepared to raise objections to any

      proposed exhibit at the Pretrial Conference. The objecting party shall bring three copies of any contested exhibit to the Pretrial Conference.

    f. <u>Stipulations</u>. The Parties shall submit a draft of all stipulations.

    g. <u>Proposed verdict form</u>. The Parties shall include a draft verdict form, including any special interrogatories. The draft verdict form should include a date and signature line for the jury foreperson.

5. In addition to filing the Joint Pretrial Statement, on September 15, 2022, the Parties shall transmit, in Word format, an electronic copy of (a) any proposed modification to a standard jury instruction, (b) any non-standard jury instruction, and (c) the verdict form by email to the Courtroom Deputy Courtney Lesley at Courtney_Lesley@dcd.uscourts.gov.

6. Counsel shall appear on September 9, 2022 by video for a hearing on pretrial motions, if necessary.

7. In addition, counsel shall appear on September 29, 2022 for a Pretrial Conference in a Courtroom to be set by further order of this Court.

April <u>21</u>, 2022

                                                    CARL J. NICHOLS
                                                    United States District Judge