UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | CR. NO.  21-CR-119 (CJN) |
| v. : | |
| : | |
| GARRET MILLER, : | |
| : | |
| Defendant. : | |

UNOPPOSED MOTION FOR EXTENSION OF TIME
TO REPLY TO DEFENDANT'S OPPOSITION TO
GOVERNMENT'S MOTION FOR RECONSIDERATION OF THE
COURT'S RULING DISMISSING COUNT THREE OF THE INDICTMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests an extension of time to reply to Defendant Garret Miller's ("the defendant's") Opposition to the Government's Motion for Reconsideration of the Court's Ruling Dismissing Count Three of the Indictment, filed on April 28, 2022 (ECF No. 80). On April 14, 2022, the Court granted the defendant's motion for an extension to file its opposition to the government's motion for reconsideration.  The Court ordered the defendant to respond to the government's motion by April 28, 2022.  Under Local Criminal Rule 47(d), a reply may be filed one week after a memorandum in opposition is filed.  Under that rule, therefore, the government's reply would be due on May 5, 2022.

The government respectfully requests that this Court grant it an extension to file its reply until May 12, 2022.  Given the nature of the litigation surrounding 18 U.S.C. § 1512(c), and the effect it may have on other January 6-related cases in this Court, the government believes that a reply to the defendant's opposition may benefit the Court.  The government's lead appellate attorney on January 6-related litigation is preparing for a hearing in this Court on May 4, 2022, in

a different case. The government respectfully requests a one-week extension so it may have sufficient time to properly reply to the defendant's response. Defense counsel does not oppose this request.

WHEREFORE, for the foregoing reasons, the government requests that its deadline to reply to the Defendant's Opposition to the Government's Motion for Reconsideration of the Court's Ruling to Dismiss Count Three of the Indictment be extended until May 12, 2022.

|  |  |
|---|---|
|  | MATTHEW M. GRAVES<br>UNITED STATES ATTORNEY<br>D.C. Bar No. 481052 |
| DATED: May 2, 2022       By: | _____<br>STEPHEN J. RANCOURT<br>Assistant United States Attorney<br>Detailee<br>Texas Bar No. 24079181<br>United States Attorney's Office<br>District of Columbia<br>(806) 472-7398<br>stephen.rancourt@usdoj.gov |

## **CERTIFICATE OF SERVICE**

      I, Stephen J. Rancourt, certify that on May 2, 2022, I caused a copy of the above document to be served by electronic means on counsel for the defendant, Clint Broden, Esq.

                                                                               _____
                                                                               Stephen J. Rancourt
                                                                               Assistant United States Attorney