# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | No. 21-CR-119 (CJN) |
| : | |
| **GARRET MILLER,** : | |
| **Defendant.** : | |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY TO ITS MOTION FOR RECONSIDERATION OF THE COURT'S RULING DISMISSING COUNT THREE OF THE INDICTMENT

On March 7, 2022, the Court granted defendant Garret Miller's ("the defendant's") motion to dismiss Count Three of the Indictment, charging him with a violation of 18 U.S.C. § 1512(c)(2) (ECF Nos. 72-73). On April 1, 2022, the government filed a motion for reconsideration of the Court's ruling (ECF No. 75). The government respectfully moves this Court for leave to file the attached opinion from Judge Friedrich in *United States v. Reffitt*, 1:21-CR-032, ECF No. 148, as supplemental authority to the government's motion. Judge Friedrich's opinion, in part, addresses Reffitt's conviction under 18 U.S.C. § 1512(c)(2). Pursuant to Local Criminal Rule 47, the government believes the filing would aid the Court in addressing the questions raised by the government's motion for reconsideration.

WHEREFORE, for these reasons, the United States requests leave to file the *Reffitt* opinion, attached as Exhibit A, on the docket.

                                                             Respectfully submitted,

                                                             MATTHEW M. GRAVES
                                                             UNITED STATES ATTORNEY
                                                             D.C. Bar No. 481052

DATED: May 4, 2022        By:       _____
                                                             STEPHEN J. RANCOURT
                                                             Assistant United States Attorney
                                                             Detailee
                                                             Texas Bar No. 24079181
                                                             United States Attorney's Office
                                                             District of Columbia
                                                             (806) 472-7398
                                                             stephen.rancourt@usdoj.gov

## CERTIFICATE OF SERVICE

     I, Stephen J. Rancourt, certify that on May 4, 2022, I caused a copy of the foregoing motion to be served on counsel of record via electronic filing.

_____
Stephen J. Rancourt
Assistant United States Attorney