# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GARRET MILLER,<br><br>*Defendant*. | Criminal Action No. 1:21-cr-00119 (CJN) |

## ORDER

This matter is before the Court on the government's Motion for Reconsideration, ECF No. 75. Accordingly, for the reasons given in the contemporaneously published Memorandum Opinion, it is hereby **ORDERED** that

The government's Motions for Leave to File Supplemental Authority, ECF Nos. 82, 83, and 85, are **GRANTED**. And it is further **ORDERED** that

The government's Motion for Reconsideration, ECF No. 75, is **DENIED**.

It is **SO ORDERED**.

DATE: May 27, 2022

CARL J. NICHOLS
United States District Judge

1