# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 21-cr-119 (CJN)
)
Garret Miller )

## NOTICE OF APPEAL

Name and address of appellant: United States of America

Name and address of appellant's attorney: Elizabeth H. Danello, Assistant US Attorney
Office of the US Attorney for DC
601 D Street, NW Room 6.232
Washington, DC  20253

Offense:   18 USC sec. 231(a)(3), 1512(c)(2),2, 111(a)(1), 875(c), 1752(a)(1),(2),(3), 40 USC secs. 5104(e)(2)(D),(E),(G)

Concise statement of judgment or order, giving date, and any sentence:

Order, entered on March 7, 2022, dismissing Count Three; Order, entered May 27, 2022, denying motion for reconsideration

Name and institution where now confined, if not on bail:   DC Jail (CTF Unit)

   I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| June 22, 2022 | United States of America |
|---|---|
| DATE | APPELLANT |
|  | Elizabeth H. Danello |
|  | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE  ✓
CJA, NO FEE
PAID USDC FEE
PAID USCA FEE

Does counsel wish to appear on appeal?                              YES ☐     NO ☐
Has counsel ordered transcripts?                                         YES ☐     NO ✓
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☐     NO ✓