# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )  No. 21-cr-119 (CJN) |
| | ) |
| GARRET MILLER, | ) |
|    Defendant. | ) |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Elizabeth H. Danello is entering her appearance in the above-captioned matter.

      Respectfully submitted,

      MATTHEW M. GRAVES
      United States Attorney

      _____/s/_____
      ELIZABETH H. DANELLO
      D.C. Bar #407606
      Assistant United States Attorney
      601 D Street, NW, Room 6.232
      Washington, D.C. 20530
      Elizabeth.Danello@usdoj.gov
      (202) 252-6829

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, this 22nd day of June 2022, I have caused a copy of the foregoing Notice of Appearance to be served via ECF on counsel of record.

/s/
ELIZABETH H. DANELLO
Assistant United States Attorney