# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Case No. 21-CR-119 |
| | : | |
| **GARRET MILLER** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Benjamin Kringer, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

    Respectfully Submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY D.C.
D.C. Bar No. 481052


By:   /s/ *Benjamin Kringer*
Benjamin E. Kringer
Detailed to the U.S. Attorney's Office
for the District of Columbia
D.C. Bar No. 482852
601 D St NW
Washington, DC 20579
benjamin.kringer2@usdoj.gov
(202) 598-0687