## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | **No. 21-cr-119 (CJN)** |
| | ) | |
| **GARRET MILLER,** | ) | |
| **Defendant.** | ) | |

## <u>WITHDRAWAL OF NOTICE OF APPEARANCE</u>

The United States of America, by and through its attorney, the

United States Attorney for the District of Columbia, hereby informs the

Court that Assistant United States Attorney Elizabeth H. Danello is

withdrawing her appearance in the above-captioned matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

_____ /s/_____
ELIZABETH H. DANELLO
D.C. Bar #407606
Assistant United States Attorney
601 D Street, NW, Room 6.232
Washington, D.C. 20530
Elizabeth.Danello@usdoj.gov
(202) 252-6829

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, this 4th day of August 2022, I have caused a copy of the foregoing Withdrawal of Notice of Appearance to be served via ECF on counsel of record.

/s/
_____
ELIZABETH H. DANELLO
Assistant United States Attorney
