UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. **21-cr-119-CJN** |
| | : | |
| v. | : | |
| | : | |
| **GARRET MILLER,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Trial Attorney, Jason, detailed to the United States Attorney's Office for the District of Columbia, who may be contacted by telephone at 202-598-1099 or by email at jason.m.crawford@usdoj.gov. This is notice of his appearance in this matter on behalf of the United States. Mr. Crawford joins Stephen Rancourt, who remains assigned to the case.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              United States Attorney
                                              DC Bar No. 481052

DATED:  September 27, 2022

                                    By:    /s/ *Jason M. Crawford*
                                                      Jason M. Crawford
                                                      Trial Attorney, Detailee
                                                      DC Bar No. 1015493
                                                      175 N St. NE
                                                      Washington, D.C. 20002
                                                      (202) 598-1099
                                                      Jason.M.Crawford@usdoj.gov

1