## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 21-cr-00119 (CJN)** |
| **v.** | : | |
| | : | |
| **GARRET MILLER,** | : | |
| | : | |
| | : | |
| **Defendant** | : | |

### NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States

Attorney for the District of Columbia, herby informs the Court that Assistant United States

Attorney Victoria Sheets is entering her appearance in this matter on behalf of the United States.


Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY
DC Bar No.: 481052


*/s/ Victoria A. Sheets*
VICTORIA A. SHEETS
NY Bar No. 5548623
Assistant United States Attorney
U.S. Department of Justice
601 D Street NW
Washington, DC 20530
(202) 809-2050
Victoria.Sheets@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 13th day of October 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Victoria Sheets*
Victoria Sheets
Assistant United States Attorney