# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CRIMINAL ACTION NO.** |
| ) | |
| **Plaintiff,** ) | **1:21-CR-00119-CJN** |
| ) | |
| v. ) | |
| ) | |
| **GARRET MILLER,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## UNOPPOSED REQUEST FOR BENCH TRIAL

Pursuant to Fed. R. Crim. P. 23(a), Defendant Garret Miller requests the Court hold a bench trial, rather than a jury trial, in the above-referenced matter. In support of this request, he sets forth the facts and argument.

1. Mr. Miller has executed a Jury Trial Waiver which is attached hereto as Attachment A.

2. The government has informed Undersigned Counsel that it consents to a bench trial in this case.

WHEREFORE, Defendant Garret Miller respectfully requests this Court approve his request for a bench trial.

Respectfully submitted,


/s/ F. Clinton Broden
F. Clinton Broden
TX. Bar No. 24001495
Broden & Mickelsen
2600 State Street
Dallas, Texas 75204
214-720-9552
214-720-9594 (facsimile)
clint@texascrimlaw.com

Attorney for Defendant
Garret Miller

## **CERTIFICATE OF SERVICE**

I, F. Clinton Broden, certify that on October 14, 2022, I caused the foregoing document to be served by the electronic case filing system (ECF) on all counsel of record.

/s/ F. Clinton Broden
F. Clinton Broden