# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| **Plaintiff,** | ) | **1:21-CR-00119-CJN** |
| | ) | |
| v. | ) | |
| | ) | |
| **GARRET MILLER,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Upon consideration of Defendant's Motion to Dismiss Counts 7, 9, 10 and 11 of the Second Superseding Indictment, said motion is this _____ day of October, 2022 GRANTED.

Counts 7, 9, 10 and 11 of the Second Superseding Indictment are hereby DISMISSED as multiplicitous with Count 8 of the Superseding Indictment.

_____
CARL J. NICHOLS
United States District Judge