# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| **Plaintiff,** | ) | **1:21-CR-00119-CJN-1** |
| | ) | |
| v. | ) | |
| | ) | |
| **GARRET MILLER,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## MOTION FOR ADMISSION OF FRANKLYN MICKELSEN, *PRO HAC VICE*

Pursuant to Criminal Local Rule 44.1 (c) & (d), Defendant Garret Miller moves for the admission and appearance of attorney Franklyn Mickelsen *pro hac vice* in the above-captioned case. This motion is supported by the Declaration of Mr. Mickelsen and a Certificate of Good Standing, filed herewith. As set forth in Mr. Mickelsen's declaration, he is admitted and an active member in good standing in the following courts and bars:

> State of Texas, United States Supreme Court, Court of Appeals for the Fifth Circuit, Court of Appeals for the Sixth Circuit, Court of Appeals for the Eighth Circuit, Court of Appeals for the Tenth Circuit, Eastern District of Texas, Northern District of Texas, Southern District of Texas, and Western District of Texas.

This motion is supported and signed by F. Clinton Broden, an active and sponsoring member of the Bar of this Court.

                                                Respectfully submitted,

DATED: 10/25/2022                          /s/ F. Clinton Broden
                                                F. Clinton Broden
                                                Broden & Mickelsen
                                                2600 State Street
                                                Dallas, Texas 75204
                                                (214) 720-9552
                                                (214) 720-9594 (facsimile)
                                                clint@texascrimlaw.com

                                                Attorney for Defendant
                                                Garret Miller

## **CERTIFICATE OF SERVICE**

I hereby certify on October 25, 2022, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and pursuant to the rules of the Clerk of Court.

Dated: 10/25/2022                                                                   /s/ F. Clinton Broden
                                                                                              F. Clinton Broden