UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| **Plaintiff,** | ) | **1:21-CR-00119-CJN** |
| | ) | |
| v. | ) | |
| | ) | |
| **GARRET MILLER,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Undersigned counsel hereby enters his appearance as co-counsel for Defendant Garret Miller in connection with the proceedings in the United States District Court.

    Respectfully submitted,

    /s/ Franklyn Mickelsen
    Franklyn Mickelsen
    TX Bar No. 14011020
    Broden & Mickelsen
    2600 State Street
    Dallas, Texas 75204
    (214) 720-9552
    (214) 720-9594 (facsimile)
    mick@texascrimlaw.com

    Attorney for Defendant
    Garret Miller

LOCAL COUNSEL:
Camille Wagner
DC Bar No. 1695930
Wagner PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(202) 630-8812
law@myattorneywagner.com

## **CERTIFICATE OF SERVICE**

I, Franklyn Mickelsen, certify that on November 2, 2022, I caused the foregoing document to be served by the electronic case filing system (ECF) on all counsel of record.

/s/ Franklyn Mickelsen
Franklyn Mickelsen
