UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 21-cr-119-CJN |
| | : | |
| v. | : | |
| | : | |
| GARRET MILLER, | : | |
| | : | |
| Defendant. | : | |

## UNOPPOSED MOTION TO DISMISS COUNT SIX OF THE THIRD SUPERSEDING INDICTMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, moves to dismiss Count Six of the Third Superseding Indictment without prejudice. Defendant does not oppose this motion.[1]

                          Respectfully submitted,

                          MATTHEW M. GRAVES
                          United States Attorney

By:    /s/ *Jason M. Crawford*
        Jason M. Crawford
        Trial Attorney, Detailee
        DC Bar No. 1015493
        175 N St. NE
        Washington, D.C. 20002
        (202) 598-1099
        Jason.M.Crawford@usdoj.gov

        Stephen J. Rancourt
        Texas Bar No. 24079181
        Assistant United States Attorney, Detailee
        601 D Street, NW

---

[1] It is the government's position that evidence regarding the threat that was charged in Count Six is still admissible under FRE 404(b). On December 2, 2022, the government notified defendant of this position via email and defendant does not object to the email serving as notice.

1

Washington, D.C. 20530
(806) 472-7398
stephen.rancourt@usdoj.gov

Victoria A. Sheets
NY Bar No. 5548623
United States Attorney's Office
601 D Street NW
District of Columbia, DC 20530
202-809-2050
victoria.sheets@usdoj.gov