UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION NO. |
| Plaintiff, | ) ) ) | 1:21-CR-00119-CJN |
| v. | ) ) ) | |
| GARRET MILLER, | ) ) | |
| Defendant. | ) ) | |

## FACTUAL STIPULATION WITH REGARD TO COUNT 4

I, Garrett Miller, agree and stipulate under oath and subject to penalties of perjury, that the following facts are true and correct and the Court can consider them proven:

1. I forcibly interfered with and resisted who I now to be "Q.C." while she was attempting to remove me from the Capitol Rotunda on January 6, 2021 by putting my hand on her hand and forearm while she was trying to grab me by the shirt and/or jacket.

2. At the time I did this, "Q.C." was a Metropolitan police officer assisting federal officers in protecting the United States Capitol complex and removing those who entered the Capitol Buidling without authorization.

3. These events took place in the District of Columbia.

*Garret Miller* 12/7/22
Garret Miller