## UNITED STATES

VS.                                                                    CRIMINAL NO. <u>21-CR-00119 (CJN)</u>

**GARRET MILLER**

<u>EXHIBIT A TO THE GOVERNMENT'S SENTENCING MEMORANDUM</u>
<u>GOVERNMENT'S TRIAL AND SENTENCING EXHIBIT LIST</u>

| Government Exhibit No. | Exhibit Description |
|---|---|
| | **100 SERIES: OVERVIEW EXHIBITS AND STIPULATIONS** |
| 113 | U.S. Capitol – Floor Plan of Second Floor |
| | **200 SERIES: MILLER'S CONDUCT ON EAST FRONT OF U.S. CAPITOL ON JANUARY 6, 2021** |
| 201 | Open-source video depicting the East Front of the United States Capitol at approximately 1:55 p.m. |
| 202.2 | CCTV Camera Elevator Tower North at 2:00:00-2:10:00p.m. Includes circle around the defendant. |
| 203.1 | Clip from Open-source video from "FreedomNews.TV" depicting East Front of U.S. Capitol at approximately 2:00 p.m. on 1/6/21 |
| 205 | Photograph #1 of Miller and USCP Officer J.S. on East Front of U.S. Capitol at approximately 1:59 p.m. |
| 208 | Go-Pro Recording depicting Miller on West Front of Capitol grounds running in the direction of the East Front at approximately 1:45 p.m. on 1/6/21 |

| | |
|---|---|
| 209 | CCTV Camera Senate Trolley Stop at 1:55 – 2:00 p.m. on 1/6/21 |
| **300 SERIES: MILLER'S CONDUCT AT ROTUNDA DOOR OF U.S. CAPITOL ON JANUARY 6, 2021** ||
| 302 | Open-source video from "Getty Images" depicting outside of Rotunda Doors at approximately 2:43 p.m. on 1/6/21 |
| 304 | Open-source video depicting inside of Rotunda Doors facing outward at approximately 2:43 p.m. on 1/6/21 |
| 305.1 | Enhanced video of Exhibit 305 with Miller circled |
| 307 | CCTV Camera Rotunda Door Interior |
| **400 SERIES: MILLER'S CONDUCT INSIDE U.S. CAPTIOL ON JANUARY 6, 2021** ||
| 401 | CCTV Camera Rotunda North at 2:45:05 – 2:46:31 p.m. |
| 403 | CCTV Camera Rotunda North at 3:02:09 – 3:11:50 p.m. |
| 406 | Body Worn Camera footage from MPD Officer A.M., 2:48:11 – 3:06:15 p.m. |
| 407 | Body Worn Camera footage from MPD Officer T.C., 3:04:28 – 3:17:29 p.m. |
| **500 SERIES: MILLER'S SOCIAL MEDIA** ||

| | |
|---|---|
| 501 | Instagram Return 11.07.2020 to 11.28.2020 - 680951735911073 |
| 501.1 | Clip from Instagram Return 11.07.2020 to 11.28.2020 - 680951735911073 |
| 502 | Instagram Return 01.02.2021 to 01.07.2021 - 3506530466110912 |
| 502.3 | Clip from Instagram Return 01.02.2021 to 01.07.2021 - 3506530466110912 |
| 503 | Instagram Return 01.10.2021 to 01.16.2021 - 833370350553932 |
| 504R | Redacted version of Facebook Return 11.7.2020 to 11.28.2020 - 417657516216949 |
| 504.3 | Clip from Facebook Return 11.7.2020 to 11.28.2020 - 417657516216949 |
| 505.2 | Clip from Facebook Return 01.02.2021 to 01.07.2021 - 1044385662722428 |
| 505.4 | Clip from Facebook Return 01.02.2021 to 01.07.2021 - 1044385662722428 |
| 505.6 | Clip from Facebook Return 01.02.2021 to 01.07.2021 - 1044385662722428 |
| 505.7 | Clip from Facebook Return 01.02.2021 to 01.07.2021 - 1044385662722428 |
| 506 | Facebook Return 01.10.2021 to 01.16.2021 - 435730464241307 |

| | |
|---|---|
| 508R | January 17, 2021, FBI Email re threats to AOC and Chuck Schumer |
| 511 | Screenshot from Twitter Interface – Assassinate AOC – January 6, 2021 |
| **600 SERIES: PHYSICAL EVIDENCE AND SEARCH WARRANT** ||
| 602 | Photograph #1 of Miller from 1/20/21 |
| 610 | Copy of Miller's calendar seized on 1/20/21 |
| **700 SERIES: MILLER'S PHONE SEARCH WARRANT** ||
| 702B | Text messages between Miller and phone number xxx-xx-4739 from 1/6/21 to 1/7/21 |
| 702D | Text messages between Miller and phone number xxx-xx-0872 from 1/13/21 to 1/18/21 |
| 702F | Group messages with Miller and seven other numbers from 1/11//21 to 1/16/21 |
| 702G | Text messages between Miller and phone number xxx-xx-6902 from 12/28/20 to 1/15/21 |
| 711 | Video from Miller's phone taken on 1/6/21 at 2:10 p.m. |
| 712 | Video from Miller's phone taken on 1/6/21 at 2:17 p.m. |

| 713 | Video from Miller's phone taken on 1/6/21 at 2:24 p.m. |
|---|---|
| 714 | Video from Miller's phone taken on 1/6/21 at 2:24 p.m. |
| 715 | Video from Miller's phone taken on 1/6/21 at 2:24 p.m. |
| 716 | Video from Miller's phone taken on 1/6/21 at 2:27 p.m. |
| 717 | Video from Miller's phone taken on 1/6/21 at 2:27 p.m. |
| 718 | Video from Miller's phone taken on 1/6/21 at 2:27 p.m. |
| 719 | Video from Miller's phone taken on 1/6/21 at 2:34 p.m. |
| 720 | Video from Miller's phone taken on 1/6/21 at 2:44 p.m. |
| 722 | Video from Miller's phone taken on 1/6/21 at 2:46 p.m. |
| 723 | Video from Miller's phone taken on 1/6/21 at 2:49 p.m. |
| 726 | Video from Miller's phone taken on 1/6/21 at 3:36 p.m. |
| 735 | Video from Miller's phone taken on 1/6/21 at 5:05 p.m. |

| 737 | Image saved to Miller's phone on 1/6/21 at 6:51 p.m. |
| --- | --- |
| 738 | Image saved to Miller's phone on 1/6/21 at 6:58 p.m. |
| 739 | Image saved to Miller's phone on 1/6/21 at 6:58 p.m. |
| 740 | Image saved to Miller's phone on 1/6/21 at 6:58 p.m. |
| 741 | Image saved to Miller's phone on 1/6/21 at 7:01 p.m. |
| 742 | Image saved to Miller's phone on 1/6/21 at 7:25 p.m. |
| 743 | Image saved to Miller's phone on 1/6/21 at 7:26 p.m. |
| 744 | Image saved to Miller's phone on 1/6/21 at 7:38 p.m. |
| 751 | Image saved to Miller's phone on 1/6/21 at 11:35 p.m. |
| 752 | Image saved to Miller's phone on 1/8/21 at 3:43 a.m. |
| 753 | Image saved to Miller's phone on 1/8/21 at 3:44 a.m. |
| 754 | Image saved to Miller's phone on 1/8/21 at 1:28 p.m. |

| | |
|---|---|
| 755 | Image saved to Miller's phone on 1/8/21 at 1:36 p.m. |
| 762 | Image saved to Miller's phone on 1/11/21 at 6:31 a.m. |
| **800 SERIES: SENTENCING EXHIBITS** ||
| 801 | National Firearms Registration and Transfer Record Search Certificate for an American Tactical Imports, Model Omni Hybrid, .223 Caliber Semiautomatic Rifle, Serial Number NS042288, seized from Garret Miller on 01/20/21 |
| 802 | FBI Report regarding results of function test for American Tactical Imports, Model Omni Hybrid, .223 Caliber Semiautomatic Rifle, Serial Number NS042288, seized from Garret Miller on 01/20/21 |
| 803 | Inmate letter regarding request for transfer to Guantanamo Bay, Cuba, filed in Case No. 1:21-cr-117 (TFH), ECF No. 168-3, on 09/30/22 |
| 804 | Indictment of Garret Adam Miller in Case No. 3:23-cr-041-S, Northern District of Texas – Dallas Division, on 02/07/23 (unsealed) |