# ATTACHMENT A

**Author** Garret Adam Miller (Facebook: 1108874739)
**Sent** 2021-01-03 20:06:39 UTC
**Body** I have a grappling hook and rope and a level 3 vest. Helmets mouth guard and bump cap

**Author** Garret Adam Miller (Facebook: 1108874739)
**Sent** 2021-01-03 20:07:01 UTC
**Body** And my must Thai shin guards and cup too

**Author** Mark Brown (Facebook: 500770598)
**Sent** 2021-01-03 20:07:09 UTC
**Body** i dont think cops are going to let you carry a grappling hook around

**Author** Garret Adam Miller (Facebook: 1108874739)
**Sent** 2021-01-03 20:07:14 UTC
**Body** If I have to riot gear out I can

**Author** Garret Adam Miller (Facebook: 1108874739)
**Sent** 2021-01-03 20:07:29 UTC
**Body** Lol it will stay in the bag.

**Author** Mark Brown (Facebook: 500770598)
**Sent** 2021-01-03 20:07:40 UTC
**Body** and its not a defensive weapon

**Author** Garret Adam Miller (Facebook: 1108874739)
**Sent** 2021-01-03 20:07:41 UTC
**Body** Stainless steel doesn't smell like a bomb

**Author** Garret Adam Miller (Facebook: 1108874739)
**Sent** 2021-01-03 20:07:58 UTC
**Body** It's a tool for hanging trump flags

**Author** Garret Adam Miller (Facebook: 1108874739)
**Sent** 2021-01-03 20:08:22 UTC
**Body** A flag pole I got is ok and got an extra stick or 2

**Author** Mark Brown (Facebook: 500770598)
**Sent** 2021-01-03 20:09:26 UTC
**Body** well when some crazed antifa guy comes at you a hit on the anywhere with that glass braking point hurts like hell

**Author** Garret Adam Miller (Facebook: 1108874739)
**Sent** 2021-01-03 20:10:01 UTC
**Body** It'll be alright man we will own the city.

**Author** Mark Brown (Facebook: 500770598)
**Sent** 2021-01-03 20:10:40 UTC
**Body** well when you walked back to your van thru em you were lucky that time

**Author** Mark Brown (Facebook: 500770598)
**Sent** 2021-01-03 20:11:06 UTC
**Body** be wise and go armed

**Author** Garret Adam Miller (Facebook: 1108874739)
**Sent** 2021-01-03 20:11:38 UTC
**Body** Uhh maybe…. if I get put in cuffs it's better to not be armed then.

**Author** Garret Adam Miller (Facebook: 1108874739)
**Sent** 2021-01-03 20:12:13 UTC
**Body** These people are soft

**Author** Garret Adam Miller (Facebook: 1108874739)
**Sent** 2021-01-03 20:12:26 UTC
**Body** I look forward to fighting them

**Author** Garret Adam Miller (Facebook: 1108874739)
**Sent** 2021-01-03 20:14:25 UTC
**Body** Plus this is the third time. First time I had a lot of guns with me so I was very cautious

**Author** Garret Adam Miller (Facebook: 1108874739)
**Sent** 2021-01-03 20:14:40 UTC
**Body** But found out about the laws and it's federal crime

**Author** Garret Adam Miller (Facebook: 1108874739)
**Sent** 2021-01-03 20:15:12 UTC
**Body** So might just keep 1 hidden one and store the rest in Virginia

**Author** Mark Brown (Facebook: 500770598)
**Sent** 2021-01-03 20:16:04 UTC
**Body** a knife is legal  but the point is the hard pointed medal tip is very hard hitting and disables attacks  that and pepper spray  all legal

**Author** Garret Adam Miller (Facebook: 1108874739)
**Sent** 2021-01-03 21:22:27 UTC
**Body** I know man I'm not spending more money on knives.

**Author** Mark Brown (Facebook: 500770598)
**Sent** 2021-01-03 21:53:42 UTC
**Body** its cool   hopefully they will be all friendly

**Author** Garret Adam Miller (Facebook: 1108874739)
**Sent** 2021-01-03 21:56:06 UTC
**Body** No I mean I got lots of knives. Here is my carry

**Author** Garret Adam Miller (Facebook: 1108874739)
**Sent** 2021-01-03 21:56:32 UTC
**Body** You sent a photo.
**Attachments** image-500106050962160 (500106050962160)
  **Type** image/jpeg
  **Size** 71125
  **URL** https://interncache-prn.fbcdn.net/v/t1.15752-9/p843x403/135860278_500106074295491_8781404618379746357_n.jpg?ccb=2&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBBfdXJsZ2VuX2NsaWudC9pbW9nZW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-prn&tp=6&oh=aebbdabd8bd27876bb95315e154f24f4&oe=6028B761