UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**GARRET MILLER**<br><br>**Defendant.** | Case No. 21-cr-119-CJN |

## GOVERNMENT'S MOTION TO DISMISS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Motion to Dismiss and states as follows:

On February 22, 2023, the defendant, Garret Miller, was sentenced on Counts 1, 2, 4, 5, 7, 8, 9, 10, 11, 12, and 13 of the Third Superseding Indictment. Following sentencing, the government moves to dismiss the following Counts in the prior indictments:

- Counts 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, and 12 in the Indictment (ECF No. 10);

- Counts 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, and 12 in the Superseding Indictment (ECF No. 30); and

- Counts 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, and 12 in the Second Superseding Indictment (ECF No. 61).

The United States respectfully requests that this Court grant the government's motion.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY: *[signature]*
Stephen J. Rancourt
Assistant United States Attorney, Detailee
Texas Bar No, 24079181
601 D Street, N.W.
Washington, D.C. 20530
(806) 472-7398
stephen.rancourt@usdoj.gov